■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN MCSHANE, Appellant. [822 NYS2d 474]—Appeals by the defendant, as limited by his motion, from two sentences of the County Court, Suffolk County (Hinrichs, J.), both imposed April 4, 2005, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed. No opinion. Schmidt, J.P., Goldstein, Rivera and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL MERCADO, Appellant. [821 NYS2d 474]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (McGann, J.), rendered March 15, 2004, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Florio, J.P., Goldstein, Mastro and Fisher, JJ., concur.